■ In the Matter of JASON B., a Person Alleged to be a Juvenile Delinquent, Appellant.—Final order of disposition of Family Court, Bronx County (Rhoda J. Cohen, J.), entered January 31, 1992, adjudicating appellant a juvenile delinquent

and placing him on probation for eighteen months, following a fact finding determination of October 30, 1991, that appellant committed acts which, if committed by an adult, would constitute the crimes of attempted robbery in the second and third degrees, unanimously affirmed, without costs.

The 14 year old appellant, with another, confronted the 13 year old complainant on his way home from school. The complainant recognized the appellant from the neighborhood. During the altercation which followed, appellant stated his intention to take the complainant's ring and watch. The appellant grabbed complainant's finger, and kicked him either in the knee or the shin.

Viewing the evidence in a light most favorable to the presentment agency *(Matter of Michael D.,* 109 AD2d 633, *affd* 66 NY2d 843) under the standards of *People v Bleakley* (69 NY2d 490, 494-495), appellant's guilt was proved beyond a reasonable doubt by legally sufficient evidence, and the fact finding was not against the weight of the evidence. We agree with Family Court that the minor inconsistencies in complainant's statements were not material to the issue of appellant's guilt. Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Rubin, JJ.